**Fill in this information to identify the case:**

**Debtor 1** Joshua Allen Fulfer

**Debtor 2**
**(Spouse, if filing)**

**United States Bankruptcy Court for the :** Eastern **District of** California
**(State)**

**Case number** 21-11255

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.**

**Name of creditor:** Freedom Mortgage Corporation

**Court claim no.** (if known): 10

**Last four digits** of any number you use to identify the debtor's account: XXXXXX8042

**Date of payment change:**
Must be at least 21 days after date of this notice: 6/1/2024

**New total payment:**
Principal, interest, and escrow, if any: $1,497.72

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________________

**Current escrow payment:** $ 479.07 **New escrow payment :** $ 489.32

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

☒ No
☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____________________

**Current interest rate:** % **New interest rate:** %

**Current principal and interest payment:** $ ________ **New principal and interest payment:** $ ________

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: ____________________

**Current mortgage payment:** $ ________ **New mortgage payment:** $ ________

Debtor 1 **Joshua Allen Fulfer** Case number *(if known)* 21-11255
First Name Middle Name Last Name

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** */s/Ciro A Mestres* Date 04/25/2024
Signature

Print: Ciro A Mestres Title Authorized Agent for Creditor
First Name Middle Name Last Name

Company McCalla Raymer Leibert Pierce, LLC

Address 1544 Old Alabama Road
Number Street
Roswell GA 30076
City State ZIP Code

Contact phone 678-281-6516 Email Ciro.Mestres@mccalla.com

Ciro A Mestres (SBN: )
McCalla Raymer Leibert Pierce, LLP.
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802
678-281-6516 Office
312-803-9663 Fax
Ciro.Mestres@mccalla.com

Attorney for Freedom Mortgage Corporation

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>Joshua Allen Fulfer,<br><br>Debtor | **<u>Bankruptcy Case No.:</u>** 21-11255<br>**<u>Docket Control Number:</u>**<br><br>**<u>Hearing Information *(if applicable)*:</u>**<br><br>Hearing Date:<br>Hearing Time:<br>Location:<br>Judge: Jennifer E. Niemann |
| Freedom Mortgage Corporation<br><br>Plaintiff(s)<br><br>V.<br><br>Joshua Allen Fulfer,<br><br>Defendant(s) | **<u>Adversary Proceeding No. *(if applicable)*:</u>**<br>**<u>Docket Control Number:</u>**<br><br>**<u>Hearing Information *(if applicable)*:</u>**<br><br>Hearing Date:<br>Hearing Time:<br>Location:<br>Judge: Jennifer E. Niemann |

**CERTIFICATE OF SERVICE OF**

**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, the undersigned, certify and declare:

1. **Personal knowledge**. I am over the age of 18 years and not a party of the above-entitled case.

2. **Status**. I am ☐ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☒ my business/ employer is McCalla Raymer Leibert Pierce, LLP and my ☒ business address **or** ☐ mailing address if not a business is: 301 E. Ocean Boulevard, Suite 1720, Long Beach, CA 90802.

3. **About the Case/Proceeding**. *(Check at least one type of case/proceeding and as many subheadings thereunder as applicable.)*

☐ **Chapter 7 case** *(indicate below if subject to limited noticing; check all that are applicable.)*

- ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable.)*
  - ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5).
  - ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no. _____.

☒ **Chapter 12 or 13 case** *(indicate below if subject to limited noticing; check all that are applicable.)*

- ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7.
  - ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3).
  - ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no _____.

☐ **Chapter 9 case** *(indicate below if subject to limited noticing)*

- ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no. _____.

☐ **Chapter 11 case** *(indicate below if subject to limited noticing)*

- ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4.
- ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no. _____.

☐ **Chapter 15 case**

☐ **Adversary Proceeding**

4. **About the Documents Served**

On DATE, by the method(s) specified below, the following documents were served *(list in space provided)*:

NOTICE OF MORTGAGE PAYMENT CHANGE

**or** ☐ those documents described in the list appended hereto and numbered ***attachment 4***.

5. **Who is Being Served**

Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

| | |
|---|---|
| ☒ Debtor(s) | ☐ All creditors and parties in interest (Notice of Hearing only) |
| ☒ Debtor's attorney(s) | ☐ Only creditors that have filed claims (Notice of Hearing only) |
| ☒ Trustee | ☐ All creditors and parties in interest |
| ☒ U.S. Trustee | ☐ Fewer than all creditors *(check at least one below)* |
| ☐ Attorneys of record who have appeared in the Bankruptcy Case, the Adversary Proceeding, or contested matter. | ☐ Creditors that have filed claims<br>☐ Creditors holding allowed secured claims |
| ☐ Plaintiff(s) | ☐ Creditors holding allowed priority unsecured claims |
| ☐ Defendant(s) | ☐ Creditors holding leases or executory contracts that have been assumed |
| ☐ All committee members | |
| ☐ Attorney for committee members | ☐ 20 largest creditors |
| ☐ Equity security holders | ☐ Administrative claimants |
| ☐ Persons who have filed a Request for Notice | ☐ Other party(ies) in interest |

6. **How Service is Accomplished**

A. ☐ **Rule 7004 Service.** *(Check at least one, if applicable.)*

1. ☐ **First Class Mail**
Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A1.***

2. ☐ **Certified Mail**
Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A2.***

3. ☐ **Publication**
Service was effected by publication as ordered by the court and docketed at ECF no. _____ Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered ***Attachment 6A3.***

B. ☒ **Rule 5 and Rules 7005, 9036 Service** *(Check at least one, if applicable.)*

1. ☒ **Electronic Service on Registered Users of the Court's Electronic Filing System.**
Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B1.***

2. ☒ **U.S. Mail**
Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

a. **Parties in interest**
☐ **Clerk's Matrix of Creditors.** A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B2.*** Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading. WARNING: If "raw data format" of the Clerk's Matrix of Creditors is Attachment 6B2, the signer of the Certificate of Service hereby swears that no changes to the matrix have been made except (1) formatting; and/or (2) "X" ing out of person not served. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

☐ **List Other Than the Clerk's Matrix of Creditors.** Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered ***Attachment 6B2.***

b. ☐ **Request for Special Notice List.** A copy of the Clerk of the Court's matrix of creditors who have filed a Request for Special Notice is appended hereto and numbered ***Attachment 6B3.***

c. ☐ **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered ***Attachment 6B4.***

3. ☐ **Other Methods of Service**
Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A)-(F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered ***Attachment 6B5.***

7. **Who Accomplished Service**

A. **Attorney/Trustee** *(Check as many as apply)*

**Rule 7004 Service**
☐ § 6A(1): First Class Mail
☐ § 6A(2): Certified Mail
☐ § 6A(3): Publication

**Rule 5 Service**
☒ § 6B(1): Elec. Service on Registered e-Filers
☒ § 6B(2)(a): U.S. Mail
☐ § 6B(2)(b): Request for Special Notice
☐ § 6B(2)(c): Other Parties in Interest § 5
☐ § 6B(3): Other Methods of Service

B. **Third Party Service Provider** *(Check as many as apply*

**Rule 7004 Service**
- ☐ § 6A(1): First Class Mail
- ☐ § 6A(2): Certified Mail
- ☐ § 6A(3): Publication

**Rule 5 Service**
- ☐ § 6B(1): Elec. Service on Registered e-Filers
- ☐ § 6B(2)(a): U.S. Mail
- ☐ § 6B(2)(b): Request for Special Notice
- ☐ § 6B(2)(c): Other Parties in Interest § 5
- ☐ § 6B(3): Other Methods of Service

**Attorney/Trustee** *(includes regularly employed staff members):*

I swear under penalty of perjury that: (1) the representations in Sections 1-5 hereof are true and correct; and (2) I served those parties in interest marked in Section 7A in the manner set forth in the referenced portion of Section 6.

Executed On May 1st, 20 24, at Long Beach, California.
City State

Ciro A Mestres
Print Name

*/s/Ciro A Mestres*
Signature

**Third Party Service Provider** (if applicable):

I am over the age of 18 years and not a party to the above-entitled case. **I** swear under penalty of perjury that **I** served those parties in interest marked in Section 7B in the manner set forth in the referenced portion of Section 6.

Executed On ______________________, 20 ______, at ____________________________________.
City State

Name

Signature

Company Name

Address

City State Zip Code

# Attachment 6B1

Debtor
Joshua Allen Fulfer
434 W. Paul Avenue
Clovis, CA 93612

Debtor Attorney
Timothy C. Springer, Esq.
4905 N West #102
Fresno, CA 93705

Trustee
Michael H. Meyer
PO Box 28950
Fresno, CA 93729-8950
(559) 275-9512

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

FREEDOM MORTGAGE®
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

## Escrow Account Disclosure Statement

### Account Information

| | |
|---|---|
| Loan Number: | [redacted] |
| Property Address: | 434 W PAUL AVE<br>CLOVIS CA 93612-0117 |
| Statement Date: | **04/08/2024** |
| Current Payment Amount: | **$1,487.47** |
| **New Payment Amount:** | **$1,497.72** |
| **New Payment Effective Date:** | **06/01/2024** |

[redacted]

JOSHUA A FULFER
434 W PAUL AVE
CLOVIS CA 93612-0117

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowner's insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent escrow analysis. you have a surplus of $1,322.58. A surplus check in the amount of $1,322.58 to be printed and mailed in a separate document.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current. Once your account is current, it is your responsibility to contact Freedom Customer Care at (855) 690-5900 to request the release of any surplus when the status of your account changes.

| | |
|---|---|
| Projected Minimum Balance | $1,322.58 |
| - Required Minimum Balance | $0.00 |
| Surplus | $1,322.58 |

The required minimum balance (also known as the escrow cushion) is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.

## PART 1 Your Mortgage Payment

Payment information beginning with your 06/01/2024 payment

| Payment Information | Current Monthly Payment | **New Monthly Payment** |
|---|---|---|
| Principal & Interest: | $1,008.40 | $1,008.40 |
| Escrow Payment: | $479.07 | $489.32 |
| **Total Payment:** | **$1,487.47** | **$1,497.72** |

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

PART 2

## Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

### Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **$356.81** |
| Jun 2023 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $713.60 |
| Jun 2023 | $0.00 | $0.00 | | $713.60 |
| Jul 2023 | $479.07 | $1,030.00 | HOMEOWNERS | $162.67 |
| Jul 2023 | $0.00 | $122.28 | FHA MORTGAGE INSURANCE | $40.39 |
| Aug 2023 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $397.18 |
| Sep 2023 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $753.97 |
| Oct 2023 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $1,110.76 |
| Nov 2023 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $1,467.55 |
| Nov 2023 | $0.00 | $0.00 | | $1,467.55 |
| Dec 2023 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $1,824.34 |
| Dec 2023 | $0.00 | $1,625.75 | COUNTY TAX | $198.59 |
| Jan 2024 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $555.38 |
| Feb 2024 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $912.17 |
| Mar 2024 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $1,268.96 |
| Mar 2024 | $0.00 | $0.00 | | $1,268.96 |
| Apr 2024 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $1,625.75 |
| Apr 2024 | $0.00 | $1,625.75 | COUNTY TAX | $0.00 |
| May 2024 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $356.79 |
| **Total** | **$5,748.84** | **$5,748.86** | | |

### Actual Activity

| Date | Paid In | Paid Out | | | Description | Balance |
|---|---|---|---|---|---|---|
| | | | | | Beginning Balance | **($3,820.87)** |
| Jun 2023 | $949.60 | $122.28 | * | | | ($2,993.55) |
| Jun 2023 | $0.00 | $1,154.00 | | | HOMEOWNERS | ($4,147.55) |
| Jul 2023 | $474.80 | $122.28 | * | | | ($3,795.03) |
| Jul 2023 | $0.00 | $0.00 | | | | ($3,795.03) |
| Aug 2023 | $0.00 | $122.28 | | | FHA MORTGAGE INSURANCE | ($3,917.31) |
| Sep 2023 | $474.80 | $122.28 | | | | ($3,564.79) |
| Oct 2023 | $949.60 | $122.28 | | | | ($2,737.47) |
| Nov 2023 | $474.80 | $118.57 | * | | | ($2,381.24) |
| Nov 2023 | $0.00 | $1,647.55 | | | COUNTY TAX | ($4,028.79) |
| Dec 2023 | $474.80 | $118.57 | * | | | ($3,672.56) |
| Dec 2023 | $0.00 | $0.00 | | | | ($3,672.56) |
| Jan 2024 | $949.60 | $118.57 | * | | | ($2,841.53) |
| Feb 2024 | $474.80 | $118.57 | * | | | ($2,485.30) |
| Mar 2024 | $953.87 | $118.57 | * | | | ($1,650.00) |
| Mar 2024 | $0.00 | $1,647.55 | | | COUNTY TAX | ($3,297.55) |
| Apr 2024 | $0.00 | $118.57 | * | E | FHA MORTGAGE INSURANCE | ($3,416.12) |
| Apr 2024 | $0.00 | $0.00 | | E | | ($3,416.12) |
| May 2024 | $0.00 | $0.00 | | E | | ($3,416.12) |
| **Total** | **$6,176.67** | **$5,771.92** | | | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on escrow which is not estimated.

LOAN NUMBER: [redacted]

(This section intentionally left blank)

FREEDOM MORTGAGE®
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

## Escrow Account Disclosure Statement

**Account Information** Page 2

Loan Number: [redacted]
Property Address: 434 W PAUL AVE
CLOVIS CA 93612-0117

Statement Date: **04/08/2024**
Current Payment Amount: **$1,487.47**

**New Payment Amount: $1,497.72**
**New Payment Effective Date: 06/01/2024**

[redacted]
JOSHUA A FULFER
434 W PAUL AVE
CLOVIS CA 93612-0117

## PART 3 Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $1,154.00 |
| FHA MORTGAGE INSURANCE | $1,422.84 |
| COUNTY TAX | $3,295.10 |
| **Total Disbursements** | **$5,871.94** |

Freedom expects to pay $5,871.94 over the next 12 months.
Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $5,871.94 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$489.32** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $1,735.08 | $412.50 |
| Jun 2024 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $2,105.83 | $783.25 |
| Jul 2024 | $489.32 | $1,154.00 | HOMEOWNERS | $1,441.15 | $118.57 |
| Jul 2024 | $0.00 | $118.57 | FHA MORTGAGE INSURANCE | $1,322.58 | $0.00 * |
| Aug 2024 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $1,693.33 | $370.75 |
| Sep 2024 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $2,064.08 | $741.50 |
| Oct 2024 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $2,434.83 | $1,112.25 |
| Nov 2024 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $2,805.58 | $1,483.00 |
| Dec 2024 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $3,176.33 | $1,853.75 |
| Dec 2024 | $0.00 | $1,647.55 | COUNTY TAX | $1,528.78 | $206.20 |
| Jan 2025 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $1,899.53 | $576.95 |
| Feb 2025 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $2,270.28 | $947.70 |
| Mar 2025 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $2,641.03 | $1,318.45 |
| Apr 2025 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $3,011.78 | $1,689.20 |
| Apr 2025 | $0.00 | $1,647.55 | COUNTY TAX | $1,364.23 | $41.65 |
| May 2025 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $1,734.98 | $412.40 |
| | $5,871.84 | $5,871.94 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

## PART 4 What This Means to You

Your escrow balance is more than the amount needed in your account. The resulting surplus is $1,322.58. Federal Law requires that any surplus of $50.00 or greater must be returned to you within 30 days from the date of analysis.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment. To sign up for recurring payments, login to your Freedom Mortgage account or register today at MyAccount.FreedomMortgage.com.

## PART 5 How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday 8:00am – 8:00pm and Saturday 9:00am – 2:00pm Eastern Time.

FREEDOM MORTGAGE®
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

## Escrow Account Disclosure Statement

### Account Information

| | |
|---|---|
| Loan Number: | [redacted] |
| Property Address: | 434 W PAUL AVE<br>CLOVIS CA 93612-0117 |
| Statement Date: | **04/08/2024** |
| Current Payment Amount: | **$1,487.47** |
| **New Payment Amount:** | **$1,497.72** |
| **New Payment Effective Date:** | **06/01/2024** |

[redacted]
JOSHUA A FULFER
434 W PAUL AVE
CLOVIS CA 93612-0117

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

LOAN NUMBER:[redacted]