2

**Timothy C. Springer, Esq.** #207229
Nancy D. Klepac, Esq. #253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of:<br><br>Joshua Fulfer<br><br>　　　　　　　　Debtor. | Case No. 2021-11255<br>DCN: TCS-1<br>CHAPTER 13<br><br>Hearing date and Time:<br>Date: June 10, 2021<br>Time: 9:30 A.M.<br>Dept: A<br>Ctrm: 11(5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br>Judge: Jennifer Niemann |

**DECLARATION OF JOSHUA FULFER IN SUPPORT EXPEDITED BAPCPA MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C §362(c)(3)(A)**

I, Joshua Fulfer, declare:

1. I have personal knowledge of the facts contained herein and, if called upon, could competently testify thereto.

2. I am the debtor in the above-referenced case.

3. I had a prior bankruptcy pending within the last 12 months, case no. 19-13493 filed August 15, 2019.

4. I was in bankruptcy for over a year.

5. I filed bankruptcy in order to catch up on the arrearages on my house.

Page 1

**DECLARATION**

6. I was having difficulty with the IRS because they couldn't seem to locate the 2018 and 2019 tax returns that I filed.

7. Additionally, I lost my job.

8. Although I am still unemployed, my circumstances have changed because my son and my girlfriend live with me and have agreed to help me with whatever payment is necessary to be successful in this case and save our home.

9. I am also looking into the potential advantages of selling my house since it has appreciated significantly in value since the last time I filed for bankruptcy.

10. I believe I will be able to make the payment going forward.

11. Without the extension of the automatic stay I am afraid that the bank may foreclose on my house.

12. The only two bankruptcies I have filed in the past 8 years are the one in 2019 and the present case.

13. I have not received a discharge in the last eight years.

14. This case is filed in a sincere attempt to save my home.

15. I request this court extend the automatic stay and let me proceed with my case.

I declare under penalty of perjury, under the Laws of the United States that the foregoing is true to the best of my knowledge.

Date: May 18, 2021

_____
Joshua Fulfer, Debtor.

DECLARATION