Michael H. Meyer
Chapter 13 Standing Trustee
P.O. Box 28950
Fresno, CA 93729-8950
Phone: (559) 275-9512
Fax: (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:** | **CASE NO:** 21-11255-A-13F |
| **JOSHUA ALLEN FULFER** | **CHAPTER 13** |
| Debtor | **NOTICE OF FILED CLAIMS** |

In accordance with LBR 3007-1(d)(2), Michael H. Meyer, Standing Chapter 13 Trustee, has compiled a list of the claims filed in the above referenced case. The list of claims is attached to this notice. The Notice of Filed Claims is being served on the debtor(s) and the debtor(s) attorney so they may review the same and, in general, determine whether to (1) object to any claims (2) file a claim for any creditor that failed to file a claim (3) file any motions to value or avoid liens or (4) modify the plan to reconcile the plan to filed claims.

### The Local Rules of Practice provide in part;

(1) Objections to claims shall be filed and served no later than 60 calendar days after service by the trustee of the Notice of Filed Claims...any claims not timely objected to shall continue to be paid by the trustee pursuant to the terms of the confirmed plan. Local Rule 3007-1(d)(3).

(2) If the Notice of Filed Claims includes allowed claims which are not provided for in the Plan, or which will prevent the Plan from completing timely, the debtor shall file a motion to modify the plan to make the necessary adjustments, changes, deletions, or other modifications. The motion shall be filed an served no later than 90 days after service by the trustee of the Notice of Filed Claims. Local Rule 3007-1(d)(5).

(3) If a creditor fails to file a proof of claim within the time required by FRBP 3002(c) or 11 U.S.C. § 502, the debtor or the trustee MAY (but are not required to) file a proof of claim on behalf of the creditor pursuant to FRBP 3004. The time for filing such claim is extended to 60 calendar days after service on the debtor or his counsel of the Notice of Filed Claims. Local Rule 3004-1.

**Please note the following important dates:**

Deadlines to File a Proof of Claim:
    Creditors:                                          July 27, 2021
    Governmental Unit:                                  November 15, 2021

Deadline for debtors to file claims per general order:       February 08, 2022
Deadline to object to claims per general order:             February 08, 2022
Deadline to file modifications, value collateral, avoid liens:   March 10, 2022

The above dates are provided for convenience of the parties. The Chapter 13 trustee makes no warranty as to the information herein. The information may be incomplete or incorrect. The debtor and debtor's attorney should review the court's file and calculate all relevant dates.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:

**JOSHUA ALLEN FULFER**        **CASE NO. 21-11255-A-13F**

SS #1:   XXX-XX-3152

## FILED CLAIMS

| Claim ID | Creditor Name and Address | Date Claim Filed/ Class/ Creditor Type | Scheduled Amt/ Claim Amount/ Amount Approved | Int Rate/ Pay Percentage/ Distribution |
|---|---|---|---|---|
| 0 | TIMOTHY C SPRINGER ATTORNEY AT LAW 4905 N WEST SUITE 102 FRESNO CA, 93705 ACCT. NO. | ATTORNEY | $4,000.00 $3,788.00 $3,788.00 | 0.00% 100.00% PLAN |
| 1 | FREEDOM MORTGAGE CORPORATION BANKRUPTCY DEPARTMENT 10500 KINCAID DRIVE SUITE 300 FISHERS IN, 46037 ACCT. NO. 8042 | 07/27/2021 SECURED ONGOING MORTGAGE | $222,508.00 $224,135.96 CONTINUING | 0.00% 100.00% PLAN |
| 2 | FREEDOM MORTGAGE CORPORATION BANKRUPTCY DEPARTMENT 10500 KINCAID DRIVE SUITE 300 FISHERS IN, 46037 ACCT. NO. 8042 | 06/28/2021 SECURED MORTGAGE LATE FEE | $40.33 $40.33 $40.33 | 0.00% 100.00% PLAN |
| 3 | FREEDOM MORTGAGE CORPORATION BANKRUPTCY DEPARTMENT 10500 KINCAID DRIVE SUITE 300 FISHERS IN, 46037 ACCT. NO. 8042 | 07/27/2021 SECURED PRE-PETITION MORTGAGE ARREARS | $24,594.92 $27,489.65 $27,489.65 | 0.00% 100.00% PLAN |
| 4 | ONEMAIN FINANCIAL GROUP LLC P O BOX 3251 EVANSVILLE IN, 47731 ACCT. NO. 8702 | 05/24/2021 SECURED AUTOMOBILE | $5,382.00 $5,212.52 $5,212.52 | 6.00% 100.00% PLAN |
| 5 | EXETER FINANCE LLC PO BOX 650693 DALLAS TX, 75265 ACCT. NO. 8145 | 06/07/2021 SECURED | $15,481.00 $11,681.16 $11,681.16 | 0.00% 100.00% PAID DIRECT |
| 6 | PORTFOLIO RECOVERY ASSOCIATES LLC P O BOX 12914 NORFOLK VA, 23541 ACCT. NO. SYNCHRONY BANK/AMAZON 6536 | 07/27/2021 SECURED | $4,092.00 $4,091.69 $4,091.69 | 0.00% 100.00% PAID DIRECT |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:
### JOSHUA ALLEN FULFER                    CASE NO. 21-11255-A-13F

SS #1:   XXX-XX-3152

## FILED CLAIMS

| Claim ID | Creditor Name and Address | Date Claim Filed/ Class/ Creditor Type | Scheduled Amt/ Claim Amount/ Amount Approved | Int Rate/ Pay Percentage/ Distribution |
|---|---|---|---|---|
| 8 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P O BOX 7317 PHILADELPHIA PA, 19101 ACCT. NO. 3152 | 07/15/2021 PRIORITY | $3,500.00 $10,359.51 $10,359.51 | 0.00% 100.00% PLAN |
| 10 | CAVALRY SPV I LLC ASSIGNEE OF CITIBANK NA P O BOX 27288 TEMPE AZ, 85282 ACCT. NO. HOME DEPOT 6390 | 06/07/2021 UNSECURED | $2,647.00 $2,647.04 $2,647.04 | 0.00% 2.00% PLAN |
| 13 | DEPARTMENT STORES NATIONAL BANK C/O QUANTUM3 GROUP LLC PO BOX 657 KIRKLAND WA, 98083 ACCT. NO. MACYS 5981 | 06/16/2021 UNSECURED | $349.00 $349.12 $349.12 | 0.00% 2.00% PLAN |
| 14 | EDUCATIONAL EMPLOYEES CREDIT UNION P O BOX 5242 FRESNO CA, 93755 ACCT. NO. 2408 | 05/24/2021 UNSECURED | $750.00 $1,077.30 $1,077.30 | 0.00% 2.00% PLAN |
| 20 | KOHLS PERITUS PORTFOLIO SERVICES II LLC PO BOX 141509 IRVING TX, 75014 ACCT. NO. 3420 | 06/11/2021 UNSECURED | $2,338.00 $2,428.50 $2,428.50 | 0.00% 2.00% PLAN |
| 21 | LVNV FUNDING LLC RESURGENT CAPITAL SERVICES P O BOX 10587 GREENVILLE SC, 29603 ACCT. NO. BLUESTEM/FINGERHUT 7621 | 05/21/2021 UNSECURED | $1,140.00 $1,417.01 $1,417.01 | 0.00% 2.00% PLAN |
| 23 | PORTFOLIO RECOVERY ASSOCIATES LLC P O BOX 12914 NORFOLK VA, 23541 ACCT. NO. CAPITAL ONE 3697 | 07/27/2021 UNSECURED | $3,463.00 $3,703.35 $3,703.35 | 0.00% 2.00% PLAN |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

**IN RE:**
   **JOSHUA ALLEN FULFER**                **CASE NO. 21-11255-A-13F**

SS #1:   XXX-XX-3152

## FILED CLAIMS

| Claim ID | Creditor Name and Address | Date Claim Filed/ Class/ Creditor Type | Scheduled Amt/ Claim Amount/ Amount Approved | Int Rate/ Pay Percentage/ Distribution |
|---|---|---|---|---|
| 31 | JEFFERSON CAPITAL SYSTEMS LLC P O BOX 772813 CHICAGO IL, 60677 ACCT. NO. HOME SHOPPING NETWORK 6845 | 06/21/2021 UNSECURED | $0.00 $5,668.13 $5,668.13 | 0.00% 2.00% PLAN |
| 32 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P O BOX 7317 PHILADELPHIA PA, 19101 ACCT. NO. 3152 | 07/15/2021 UNSECURED | $0.00 $12,285.39 $12,285.39 | 0.00% 2.00% PLAN |
| 33 | FREEDOM MORTGAGE CORPORATION BANKRUPTCY DEPARTMENT 10500 KINCAID DRIVE SUITE 300 FISHERS IN, 46037 ACCT. NO. 8042 | 08/16/2021 SECURED | $0.00 $600.00 $600.00 | 0.00% 100.00% PAID DIRECT |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:
### JOSHUA ALLEN FULFER

**CASE NO. 21-11255-A-13F**

SS #1:   XXX-XX-3152

## UNFILED CLAIMS

| Claim ID | Creditor Name and Address | Date Claim Filed/ Class/ Creditor Type | Scheduled Amt/ Claim Amount/ Amount Approved | Int Rate/ Pay Percentage/ Distribution |
|---|---|---|---|---|
| 7 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 P O BOX 2952 SACRAMENTO CA, 95812 ACCT. NO. 3152 | PRIORITY | $1,150.00 $0.00 $0.00 | 0.00% 100.00% PLAN |
| 9 | AAMS AUTOMATED ACCTS MGMT 4800 MILLS CIVIC PKWY SUITE 202 WEST DES MOINES IA, 50265 ACCT. NO. 1213 | UNSECURED | $4,132.00 $0.00 $0.00 | 0.00% 2.00% PLAN |
| 11 | CREDITORS BUREAU USA ATTN BANKRUPTCY 757 L STREET FRESNO CA, 93721 ACCT. NO. 9049 | UNSECURED | $238.00 $0.00 $0.00 | 0.00% 2.00% PLAN |
| 12 | DATA CENTRAL PO BOX 9399 FRESNO CA, 93792 ACCT. NO. 3011 | UNSECURED | $737.00 $0.00 $0.00 | 0.00% 2.00% PLAN |
| 15 | GRANT MERCANTILE AGENCY ATTN BANKRUPTCY PO BOX 658 OAKHURST CA 93644 , 93644 ACCT. NO. 4753 | UNSECURED | $482.00 $0.00 $0.00 | 0.00% 2.00% PLAN |
| 16 | GRANT MERCANTILE AGENCY ATTN BANKRUPTCY PO BOX 658 OAKHURST CA 93644 , 93644 ACCT. NO. 1411 | UNSECURED | $119.00 $0.00 $0.00 | 0.00% 2.00% PLAN |
| 17 | GRANT MERCANTILE AGENCY ATTN BANKRUPTCY PO BOX 658 OAKHURST CA 93644 , 93644 ACCT. NO. 0021 | UNSECURED | $90.00 $0.00 $0.00 | 0.00% 2.00% PLAN |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:

**JOSHUA ALLEN FULFER**        **CASE NO. 21-11255-A-13F**

SS #1:   XXX-XX-3152

## UNFILED CLAIMS

| Claim ID | Creditor Name and Address | Date Claim Filed/ Class/ Creditor Type | Scheduled Amt/ Claim Amount/ Amount Approved | Int Rate/ Pay Percentage/ Distribution |
|---|---|---|---|---|
| 18 | JANET FULFER<br>55 CEASAR STREET<br>CLOVIS CA, 93612<br>ACCT. NO. 3152 | UNSECURED | $4,200.00<br>$0.00<br>$0.00 | 0.00%<br>2.00%<br>PLAN |
| 19 | KINGS CREDIT SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 950<br>HANFORD CA, 93232<br>ACCT. NO. 9053 | UNSECURED | $57.00<br>$0.00<br>$0.00 | 0.00%<br>2.00%<br>PLAN |
| 22 | MCNEILMYERS<br>3525 N CAUSEWAY BLVD<br>METAIRIE LA, 70002<br>ACCT. NO. 8607 | UNSECURED | $1,800.00<br>$0.00<br>$0.00 | 0.00%<br>2.00%<br>PLAN |
| 24 | PRMFINCSOLUT<br>PO BOX 21109<br>CARSON CITY NV, 89721<br>ACCT. NO. 3047 | UNSECURED | $11,664.00<br>$0.00<br>$0.00 | 0.00%<br>2.00%<br>PLAN |
| 25 | RASH CURTIS & ASSOCIATES<br>ATTN: BANKRUPTCY<br>PO BOX 5790<br>VACAVILLE CA, 95696<br>ACCT. NO. 3500 | UNSECURED | $950.00<br>$0.00<br>$0.00 | 0.00%<br>2.00%<br>PLAN |
| 26 | SYNCHRONY BANK SAMS<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL, 32896<br>ACCT. NO. 7427 | UNSECURED | $1,548.00<br>$0.00<br>$0.00 | 0.00%<br>2.00%<br>PLAN |
| 27 | SYNCHRONY BANK WALMART<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL, 32896<br>ACCT. NO. 5041 | UNSECURED | $3,759.00<br>$0.00<br>$0.00 | 0.00%<br>2.00%<br>PLAN |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

**IN RE:**
    **JOSHUA ALLEN FULFER**               **CASE NO. 21-11255-A-13F**

SS #1:   XXX-XX-3152

## UNFILED CLAIMS

| Claim ID | Creditor Name and Address | Date Claim Filed/ Class/ Creditor Type | Scheduled Amt/ Claim Amount/ Amount Approved | Int Rate/ Pay Percentage/ Distribution |
|---|---|---|---|---|
| 28 | TITAN RECEIVABLES<br>7700 IRVINE CENTER DR ST<br>IRVINE CA, 92618<br>ACCT. NO. 1763 | UNSECURED | $2,353.00<br>$0.00<br>$0.00 | 0.00%<br>2.00%<br>PLAN |
| 29 | WAKEFIELD & ASSOCIATES<br>ATTN: BANKRUPTCY<br>7005 MIDDLEBROOK PIKE<br>KNOXVILLE TN, 37909<br>ACCT. NO. 8004 | UNSECURED | $1,082.00<br>$0.00<br>$0.00 | 0.00%<br>2.00%<br>PLAN |
| 30 | WAKEFIELD & ASSOCIATES<br>ATTN: BANKRUPTCY<br>7005 MIDDLEBROOK PIKE<br>KNOXVILLE TN, 37909<br>ACCT. NO. 8186 | UNSECURED | $317.00<br>$0.00<br>$0.00 | 0.00%<br>2.00%<br>PLAN |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

**IN RE:**
   **JOSHUA ALLEN FULFER**                         **CASE NO. 21-11255-A-13F**

   SS #1:   XXX-XX-3152

**TOTALS FOR CLAIMS TO BE PAID THROUGH PLAN**

|  | Secured | Priority | Unsecured | Administrative | Special | Attorney |
|---|---|---|---|---|---|---|
| Debt Scheduled: | $252,525.25 | $4,650.00 | $44,215.00 | $0.00 | $0.00 | $4,000.00 |
| Debt Per Filed Claims: | $256,878.46 | $10,359.51 | $29,575.84 | $0.00 | $0.00 | $3,788.00 |
| Approved Claim Amt: | $32,742.50 | $10,359.51 | $29,575.84 | $0.00 | $0.00 | $3,788.00 |