UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOSHUA ALLEN FULFER | CASE NO: 21-11255<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 12/10/2021, I did cause a copy of the following documents, described below,

Notice of Filed Claims

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/10/2021

　　　　　　　　　　/s/ Youa Vang
　　　　　　　　　　Youa Vang

　　　　　　　　　　THE OFFICE OF CHAPTER 13 TRUSTEE
　　　　　　　　　　PO BOX 28950
　　　　　　　　　　FRESNO, CA  93729-8950
　　　　　　　　　　559 275 9512

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOSHUA ALLEN FULFER | CASE NO: 21-11255<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 12/10/2021, a copy of the following documents, described below,

Notice of Filed Claims

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/10/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Youa Vang
THE OFFICE OF CHAPTER 13 TRUSTEE
PO BOX 28950
FRESNO, CA 93729-8950

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TIMOTHY C SPRINGER
ATTORNEY AT LAW
4905 N WEST SUITE 102
FRESNO, CA 93705

JOSHUA ALLEN FULFER
434 W. PAUL AVENUE
CLOVIS, CA 93612