Michael H. Meyer
Chapter 13 Standing Trustee
P.O. Box 28950
Fresno, CA 93729
Telephone (559) 275-9512

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO: 21-11255-A-13F |
| JOSHUA ALLEN FULFER<br>XXX-XX-3152 | CHAPTER 13<br><br>NOTICE OF DEFAULT AND<br>INTENT TO DISMISS CASE |

    Michael H. Meyer, Chapter 13 Standing Trustee in the above referenced case, intends to submit an Order Dismissing Case, as provided by LBR 3015-1(g) and 11 U.S.C. § 1307(c) (for cause) due to debtor's failure to make payment(s) pursuant to a confirmed plan. A list of payments received by the Trustee is attached as Exhibit A.

    **As of September 08, 2023, payments are delinquent in the amount of $942.09 through August 2023.**

    If the debtor acknowledges that the payment(s) have not been made, the debtor has two options: (1) debtor may bring the payments current or (2) debtor may file a modified plan.

    If debtor chooses to bring the payments current then debtor must follow the following payment requirements:

**Payment Due Dates**

    **1. The current delinquency amount of $942.09 must be RECEIVED BY**

        **THE TRUSTEE on or before September 29, 2023;**

**OR**

    **2. If the above amount is not received by September 29, 2023, then the sum of $942.09**

        **PLUS the September 2023 payment of $2,400.51 for a total of $3,342.60 must**

        **be RECEIVED BY THE TRUSTEE on or before October 18, 2023.**

NOTICE OF DEFAULT
AND INTENT TO DISMISS                                                                                    Page 1

If debtor elects to cure the default by modification, debtor must file a modified plan that cures the default within 30 days of the mailing of this notice, pursuant to LBR 3015-1(d)(2).

If, and only if, debtor believes there is NO DEFAULT IN PLAN PAYMENTS, then within 28 days of the mailing of the notice, the debtor shall file, serve, and set for hearing an Objection to the Notice of Default giving the Trustee at least 14 days' notice, pursuant to LBR 9014-1(f)(2). An Objection shall state with particularity the grounds therefore, be supported by evidence, and accompanied by a notice of objection hearing. An objection and notice of hearing must be served on the following:

    (a) Michael H. Meyer by email at: **noticing@meyer13.com**
        Or by first class mail at
        P.O. Box 28950
        Fresno, CA 93729-8950
    (b) The US Trustee's Office: **ustpRegion17.fr.ecf@usdoj.gov**

If the Trustee demonstrates that the debtor has failed to make the payment(s) required by the confirmed plan, or if the debtor fails to rebut the Trustee's evidence, the case shall be dismissed at the hearing.

Furthermore, if the debtor fails to timely set a hearing on the Trustee's notice, or cure the default by payment, or file a proposed modified plan and motion, or perform the modified plan pending its approval, or obtain approval of the modified plan, the case will be dismissed without a hearing on the Trustee's application.

Dated: September 08, 2023                      /s/Michael H. Meyer
                                                             Michael H. Meyer
                                                             Chapter 13 Standing Trustee

**Exhibit A to Notice of Default**
JOSHUA ALLEN FULFER

| Date Posted | Trans. Type | Source - Check/MO # | Amount |
|---|---|---|---|
| 08/03/2023 | TFS - MONTHLY | | $2,500.00 |
| 06/30/2023 | TFS - PLAN RECI | | $2,500.00 |
| 05/31/2023 | TFS - MONTHLY | | $2,500.00 |
| 05/01/2023 | TFS - MONTHLY | | $2,500.00 |
| 03/30/2023 | TFS - MONTHLY | | $2,500.00 |
| 03/01/2023 | TFS - MONTHLY | | $2,500.00 |
| 01/17/2023 | TFS - MONTHLY | | $2,500.00 |
| 11/01/2022 | TFS - MONTHLY | | $2,500.00 |
| 09/23/2022 | TFS - PLAN RECI | | $2,500.00 |
| 08/09/2022 | TFS - MONTHLY | | $2,500.00 |
| 07/01/2022 | TFS - MONTHLY | | $2,500.00 |
| 06/16/2022 | TFS - PLAN RECI | | $2,500.00 |
| 06/02/2022 | TFS - PLAN RECI | | $2,500.00 |
| 04/29/2022 | TFS - MONTHLY | | $2,500.00 |
| 04/11/2022 | TFS - MONTHLY | | $2,400.00 |
| 03/17/2022 | TFS - MONTHLY | | $2,400.00 |
| 03/07/2022 | TFS - MONTHLY | | $2,400.00 |
| 01/25/2022 | TFS - MONTHLY | | $2,400.00 |
| 01/07/2022 | TFS - MONTHLY | | $2,400.00 |
| 12/02/2021 | TFS - MONTHLY | | $2,400.00 |
| 10/19/2021 | TFS - MONTHLY | | $2,400.00 |
| 09/29/2021 | TFS - MONTHLY | | $990.00 |
| 09/21/2021 | TFS - MONTHLY | | $1,500.00 |
| 08/30/2021 | TFS - MONTHLY | | $2,500.00 |
| 07/21/2021 | TFS - MONTHLY | | $2,500.00 |
| 06/22/2021 | TFS - MONTHLY | | $2,000.00 |
| 06/15/2021 | TFS - MONTHLY | | $2,400.00 |

**Gross Debtor Receipts:** $63,690.00
**Less Debtor Refunds:** $0.00
**Net Debtor Receipts:** $63,690.00

Date Printed: 09/08/2023