United States Bankruptcy Court
Eastern District of California

| | |
|---|---|
| In re: | Case No. 21-11255-A |
| Joshua Allen Fulfer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0972-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 09, 2023 | Form ID: pdf013 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Allen Fulfer, 434 W. Paul Avenue, Clovis, CA 93612-0117 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: snnapshot@yahoo.com | Sep 09 2023 08:58:00 | Timothy C. Springer, 4905 N West #102, Fresno, CA 93705 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2023      Signature:      /s/Gustava Winters

Michael H. Meyer
Chapter 13 Standing Trustee
P.O. Box 28950
Fresno, CA 93729
Telephone (559) 275-9512

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:

JOSHUA ALLEN FULFER
XXX-XX-3152

CASE NO: 21-11255-A-13F

CHAPTER 13

NOTICE OF DEFAULT AND INTENT TO DISMISS CASE

Michael H. Meyer, Chapter 13 Standing Trustee in the above referenced case, intends to submit an Order Dismissing Case, as provided by LBR 3015-1(g) and 11 U.S.C. § 1307(c) (for cause) due to debtor's failure to make payment(s) pursuant to a confirmed plan. A list of payments received by the Trustee is attached as Exhibit A.

**As of September 08, 2023, payments are delinquent in the amount of $942.09 through August 2023.**

If the debtor acknowledges that the payment(s) have not been made, the debtor has two options: (1) debtor may bring the payments current or (2) debtor may file a modified plan.

If debtor chooses to bring the payments current then debtor must follow the following payment requirements:

**Payment Due Dates**

   1. **The current delinquency amount of $942.09 must be RECEIVED BY THE TRUSTEE on or before September 29, 2023;**

                               **OR**

   2. **If the above amount is not received by September 29, 2023, then the sum of $942.09 PLUS the September 2023 payment of $2,400.51 for a total of $3,342.60 must be RECEIVED BY THE TRUSTEE on or before October 18, 2023.**

If debtor elects to cure the default by modification, debtor must file a modified plan that cures the default within 30 days of the mailing of this notice, pursuant to LBR 3015-1(d)(2).

If, and only if, debtor believes there is NO DEFAULT IN PLAN PAYMENTS, then within 28 days of the mailing of the notice, the debtor shall file, serve, and set for hearing an Objection to the Notice of Default giving the Trustee at least 14 days' notice, pursuant to LBR 9014-1(f)(2). An Objection shall state with particularity the grounds therefore, be supported by evidence, and accompanied by a notice of objection hearing. An objection and notice of hearing must be served on the following:

    (a) Michael H. Meyer by email at: **noticing@meyer13.com**
        Or by first class mail at
        P.O. Box 28950
        Fresno, CA 93729-8950
    (b) The US Trustee's Office: **ustpRegion17.fr.ecf@usdoj.gov**

If the Trustee demonstrates that the debtor has failed to make the payment(s) required by the confirmed plan, or if the debtor fails to rebut the Trustee's evidence, the case shall be dismissed at the hearing.

Furthermore, if the debtor fails to timely set a hearing on the Trustee's notice, or cure the default by payment, or file a proposed modified plan and motion, or perform the modified plan pending its approval, or obtain approval of the modified plan, the case will be dismissed without a hearing on the Trustee's application.

Dated: September 08, 2023

/s/Michael H. Meyer
Michael H. Meyer
Chapter 13 Standing Trustee

NOTICE OF DEFAULT
AND INTENT TO DISMISS         Page 2

**Exhibit A to Notice of Default**
  JOSHUA ALLEN FULFER

| Date Posted | Trans. Type | Source - Check/MO # | Amount |
|---|---|---|---|
| 08/03/2023 | TFS - MONTHLY | | $2,500.00 |
| 06/30/2023 | TFS - PLAN RECH | | $2,500.00 |
| 05/31/2023 | TFS - MONTHLY | | $2,500.00 |
| 05/01/2023 | TFS - MONTHLY | | $2,500.00 |
| 03/30/2023 | TFS - MONTHLY | | $2,500.00 |
| 03/01/2023 | TFS - MONTHLY | | $2,500.00 |
| 01/17/2023 | TFS - MONTHLY | | $2,500.00 |
| 11/01/2022 | TFS - MONTHLY | | $2,500.00 |
| 09/23/2022 | TFS - PLAN RECH | | $2,500.00 |
| 08/09/2022 | TFS - MONTHLY | | $2,500.00 |
| 07/01/2022 | TFS - MONTHLY | | $2,500.00 |
| 06/16/2022 | TFS - PLAN RECH | | $2,500.00 |
| 06/02/2022 | TFS - PLAN RECH | | $2,500.00 |
| 04/29/2022 | TFS - MONTHLY | | $2,500.00 |
| 04/11/2022 | TFS - MONTHLY | | $2,400.00 |
| 03/17/2022 | TFS - MONTHLY | | $2,400.00 |
| 03/07/2022 | TFS - MONTHLY | | $2,400.00 |
| 01/25/2022 | TFS - MONTHLY | | $2,400.00 |
| 01/07/2022 | TFS - MONTHLY | | $2,400.00 |
| 12/02/2021 | TFS - MONTHLY | | $2,400.00 |
| 10/19/2021 | TFS - MONTHLY | | $2,400.00 |
| 09/29/2021 | TFS - MONTHLY | | $990.00 |
| 09/21/2021 | TFS - MONTHLY | | $1,500.00 |
| 08/30/2021 | TFS - MONTHLY | | $2,500.00 |
| 07/21/2021 | TFS - MONTHLY | | $2,500.00 |
| 06/22/2021 | TFS - MONTHLY | | $2,000.00 |
| 06/15/2021 | TFS - MONTHLY | | $2,400.00 |
| | | **Gross Debtor Receipts:** | $63,690.00 |
| | | **Less Debtor Refunds:** | $0.00 |
| | | **Net Debtor Receipts:** | $63,690.00 |

Date Printed: 09/08/2023