## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

In re:                                          Case No. 21-11255-A-13F

    JOSHUA ALLEN FULFER

        Debtor(s)

## MICHAEL H. MEYER CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT OF RETIRING TRUSTEE

    Michael H. Meyer, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1) prior to his retirement. The trustee declares as follows:

1) The case was filed on 05/18/2021.

2) The plan was confirmed on 06/28/2021.

3) The plan may or may not have been modified by order after confirmation pursuant to 11 U.S.C. Section 1329.

4) The trustee may or may not have filed action to remedy default by the debtor in performance under the plan.

5) The case remains active and open.

6) Number of months from filing or conversion to lastest payment: 0.

7) Number of months case has been pending: 31.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without full payment: None to date.

11) All checks distributed by the trustee relating to this case may or may not have cleared the bank.

12) Balance on hand as of the date of this report: $151.08

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $72,190.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**                                          **$72,190.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,788.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,117.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**         **$8,905.00**

Attorney fees paid and disclosed by debtor:         $212.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAMS AUTOMATED ACCTS MGMT | Unsecured | 4,132.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 2,647.00 | 2,647.04 | 2,647.04 | 0.00 | 0.00 |
| CREDITORS BUREAU USA | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| DATA CENTRAL | Unsecured | 737.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF THE TREASURY | Priority | 3,500.00 | 10,804.79 | 4,836.11 | 0.00 | 0.00 |
| DEPARTMENT OF THE TREASURY | Unsecured | NA | 5,968.68 | 5,968.68 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL | Unsecured | 349.00 | 349.12 | 349.12 | 0.00 | 0.00 |
| EDUCATIONAL EMPLOYEES CREDI | Unsecured | 750.00 | 1,077.30 | 1,077.30 | 0.00 | 0.00 |
| EXETER FINANCE LLC | Secured | 15,481.00 | 11,681.16 | 11,681.16 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Priority | 1,150.00 | NA | NA | 0.00 | 0.00 |
| FREEDOM MORTGAGE CORPORATI | Secured | NA | 600.00 | 600.00 | 0.00 | 0.00 |
| FREEDOM MORTGAGE CORPORATI | Secured | 222,508.00 | 224,135.96 | 224,135.96 | 45,943.57 | 0.00 |
| FREEDOM MORTGAGE CORPORATI | Secured | 40.33 | 40.33 | 40.33 | 40.33 | 0.00 |
| FREEDOM MORTGAGE CORPORATI | Secured | 24,594.92 | 27,489.65 | 27,489.65 | 13,721.91 | 0.00 |
| GRANT MERCANTILE AGENCY | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| GRANT MERCANTILE AGENCY | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| GRANT MERCANTILE AGENCY | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| JANET FULFER | Unsecured | 4,200.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 5,668.13 | 5,668.13 | 0.00 | 0.00 |
| KINGS CREDIT SERVICES | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| KOHLS PERITUS PORTFOLIO SERVI | Unsecured | 2,338.00 | 2,428.50 | 2,428.50 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,140.00 | 1,417.01 | 1,417.01 | 0.00 | 0.00 |
| MCNEILMYERS | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| ONEMAIN FINANCIAL GROUP LLC | Secured | 5,382.00 | 5,212.52 | 5,212.52 | 2,929.40 | 498.71 |
| PORTFOLIO RECOVERY ASSOCIATE | Secured | 4,092.00 | 4,091.69 | 4,091.69 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | 3,463.00 | 3,703.35 | 3,703.35 | 0.00 | 0.00 |
| PRMFINCSOLUT | Unsecured | 11,664.00 | NA | NA | 0.00 | 0.00 |
| RASH CURTIS & ASSOCIATES | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK SAMS | Unsecured | 1,548.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK WALMART | Unsecured | 3,759.00 | NA | NA | 0.00 | 0.00 |
| TITAN RECEIVABLES | Unsecured | 2,353.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Unsecured | 1,082.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $224,176.29 | $45,983.90 | $0.00 |
| Mortgage Arrearage | $27,489.65 | $13,721.91 | $0.00 |
| Debt Secured by Vehicle | $5,212.52 | $2,929.40 | $498.71 |
| All Other Secured | $16,372.85 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$273,251.31** | **$62,635.21** | **$498.71** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,836.11 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,836.11** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$23,259.13** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,905.00 |
| Disbursements to Creditors | $63,133.92 |
| | |
| **TOTAL DISBURSEMENTS :** | **$72,038.92** |

13)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests an order be entered that approves this final report and account of retiring trustee and discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/29/2023

By: /s/Michael H. Meyer
_____
Trustee