United States Bankruptcy Court
Eastern District of California

In re:                                                      Case No. 21-11255-A
Joshua Allen Fulfer                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-1                            User: admin                                 Page 1 of 3
Date Rcvd: Jan 05, 2024                     Form ID: pdf010                          Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Allen Fulfer, 434 W. Paul Avenue, Clovis, CA 93612-0117 |
| tr | | Lilian G. Tsang, Chapter 13 Trustee, P.O. Box 3051, Modesto, CA 95353-3051 |
| 23257751 | + | AAMS Automated Accounts Management Serv, 4800 Mills Civic Parkway, Suite 202, West Des Moines IA 50265-5265 |
| 23257754 | + | Data Central, Po Box 9399, Fresno CA 93792-9399 |
| 23257761 | + | Janet Fulfer, 55 Ceasar Street, Clovis CA 93612-0269 |
| 23257762 | + | Kings Credit Services, Attn Bankruptcy, Po Box 950, Hanford CA 93232-0950 |
| 23257765 | + | Mcneilmyers, 3525 N Causeway Blvd, Metairie LA 70002-3629 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: snnapshot@yahoo.com | Jan 06 2024 04:20:00 | Timothy C. Springer, 4905 N West #102, Fresno, CA 93705 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2024 06:48:04 | AIS Portfolio Services, LP, Attn: Exeter Finance LLC Department, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 06 2024 05:18:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 23257753 | | Email/Text: BKY@creditorsbureau.com | Jan 06 2024 04:17:00 | Creditors Bureau USA, Attn Bankruptcy, 757 L Street, Fresno CA 93721 |
| 23257752 | + | Email/Text: bankruptcy@cavps.com | Jan 06 2024 04:30:00 | Cavalry Portfolio Services, Attn Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla NY 10595-2321 |
| 23267964 | + | Email/Text: bankruptcy@cavps.com | Jan 06 2024 04:30:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 23257749 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jan 06 2024 04:31:00 | Chex Systems Inc, 7805 Hudson Road Suite 100, Saint Paul MN 55125-1595 |
| 23257755 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2024 05:46:34 | Deptartment Store National Bank Macys, Attn Bankruptcy, 9111 Duke Boulevard, Mason OH 45040 |
| 23271869 | | Email/Text: bnc-quantum@quantum3group.com | Jan 06 2024 04:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 23259652 | | Email/Text: bknotifications@myeecu.org | Jan 06 2024 04:21:00 | EDUCATIONAL EMPLOYEES CREDIT UNION, P O BOX 5242, FRESNO, CA 93755-5242 |
| 23257747 | | Email/Text: bankruptcycourts@equifax.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 06 2024 04:20:00 | Equifax, P O Box 740241, Atlanta GA 30374-0241 |
| 23257756 | + | Email/Text: bknotifications@myeecu.org | Jan 06 2024 04:21:00 | Educational Employees CU, Attn Bankruptcy, Po Box 5242, Fresno CA 93755-5242 |
| 23257757 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jan 06 2024 06:15:17 | Exeter Finance Corp, Po Box 166008, Irving TX 75016-6008 |
| 23268540 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2024 06:02:34 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23257745 | ^ | MEBN | Jan 06 2024 04:09:32 | Experian, 475 Anton Blvd, Costa Mesa CA 92626-7037 |
| 23257750 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 06 2024 04:31:00 | Franchise Tax Board, PO Box 2952 MS A-340, Attn Bankruptcy Unit, Sacramento CA 95812-2952 |
| 23289207 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 06 2024 04:19:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 23257758 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 06 2024 04:19:00 | Freedom Mortgage Corporation, Attn Bankruptcy, 907 Pleasant Valley Ave Ste 3, Mt Laurel NJ 08054-1210 |
| 23257759 | + | Email/Text: noni@grantmercantile.com | Jan 06 2024 04:11:00 | Grant Mercantile Agency, Attn Bankruptcy, Po Box 658, Oakhurst CA 93644-0658 |
| 23257760 | + | Email/Text: info@hunthenriques.com | Jan 06 2024 04:21:00 | Hunt Henriques Attornerys At Law, 151 Bernal Road Suite 8, San Jose CA 95119-1306 |
| 23257748 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2024 04:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 23273411 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 06 2024 04:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 23270179 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 06 2024 04:17:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 23257763 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 06 2024 04:17:00 | Kohls Capital One, Kohls Card Support Bankruptcy, Po Box 3120, Milwaukee WI 53201-3120 |
| 23257764 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2024 06:58:28 | LVNV Funding Resurgent Capital, Attn Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 23258932 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2024 06:26:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23259671 | | Email/PDF: cbp@omf.com | Jan 06 2024 05:07:47 | ONEMAIN FINANCIAL GROUP, LLC, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 23257766 | + | Email/PDF: cbp@omf.com | Jan 06 2024 05:07:47 | OneMain Financial, Attn Bankruptcy, 601 Nw 2nd St 300, Evansville IN 47708-1013 |
| 23257767 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2024 06:26:49 | Portfolio Recovery, Attn Bankruptcy, 120 Corporate Blvd, Norfold VA 23502 |
| 23289261 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2024 06:37:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 23257769 | + | Email/Text: clientservices@rashcurtis.com | Jan 06 2024 04:19:00 | Rash Curtis Associates, Attn Bankruptcy, Po Box 5790, Vacaville CA 95696-5790 |
| 23257770 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 06 2024 05:18:47 | Synchrony Bank Sams, Attn Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 23257771 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 06 2024 05:18:26 | Synchrony Bank Walmart, Attn Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 23257772 | + | Email/Text: nathan@titanreceivables.com | Jan 06 2024 04:31:00 | Titan Receivables Inc, 7700 Irvine Center Dr St, Irvine CA 92618-2923 |

Filed 01/07/24     Case 21-11255     Doc 33

| District/off: 0972-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2024 | Form ID: pdf010 | Total Noticed: 43 |

| 23257746 | | ^ MEBN | | | |
|---|---|---|---|---|---|
| | | | Jan 06 2024 04:06:42 | Transunion, P O Box 2000, Chester PA 19016-2000 | |
| 23257773 | | Email/Text: bankruptcytn@wakeassoc.com | | | |
| | | | Jan 06 2024 04:17:00 | Wakefield Associates, Attn bankruptcy, 7005 Middlebrook Pike, Knoxville TN 37909 | |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| 23257768 | ##+ | Prmfincsolut, Po Box 21109, Carson City NV 89721-1109 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2024      Signature:      /s/Gustava Winters

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re:

JOSHUA ALLEN FULFER

Debtor(s)

Case No. 21-11255-A-13F

**MICHAEL H. MEYER CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT OF RETIRING TRUSTEE**

Michael H. Meyer, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1) prior to his retirement. The trustee declares as follows:

1) The case was filed on 05/18/2021.

2) The plan was confirmed on 06/28/2021.

3) The plan may or may not have been modified by order after confirmation pursuant to 11 U.S.C. Section 1329.

4) The trustee may or may not have filed action to remedy default by the debtor in performance under the plan.

5) The case remains active and open.

6) Number of months from filing or conversion to lastest payment: 0.

7) Number of months case has been pending: 31.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without full payment: None to date.

11) All checks distributed by the trustee relating to this case may or may not have cleared the bank.

12) Balance on hand as of the date of this report: $151.08

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $72,190.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$72,190.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,788.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,117.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$8,905.00** |

Attorney fees paid and disclosed by debtor:   $212.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAMS AUTOMATED ACCTS MGMT | Unsecured | 4,132.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 2,647.00 | 2,647.04 | 2,647.04 | 0.00 | 0.00 |
| CREDITORS BUREAU USA | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| DATA CENTRAL | Unsecured | 737.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF THE TREASURY | Priority | 3,500.00 | 10,804.79 | 4,836.11 | 0.00 | 0.00 |
| DEPARTMENT OF THE TREASURY | Unsecured | NA | 5,968.68 | 5,968.68 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL | Unsecured | 349.00 | 349.12 | 349.12 | 0.00 | 0.00 |
| EDUCATIONAL EMPLOYEES CREDI | Unsecured | 750.00 | 1,077.30 | 1,077.30 | 0.00 | 0.00 |
| EXETER FINANCE LLC | Secured | 15,481.00 | 11,681.16 | 11,681.16 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Priority | 1,150.00 | NA | NA | 0.00 | 0.00 |
| FREEDOM MORTGAGE CORPORATI | Secured | NA | 600.00 | 600.00 | 0.00 | 0.00 |
| FREEDOM MORTGAGE CORPORATI | Secured | 222,508.00 | 224,135.96 | 224,135.96 | 45,943.57 | 0.00 |
| FREEDOM MORTGAGE CORPORATI | Secured | 40.33 | 40.33 | 40.33 | 40.33 | 0.00 |
| FREEDOM MORTGAGE CORPORATI | Secured | 24,594.92 | 27,489.65 | 27,489.65 | 13,721.91 | 0.00 |
| GRANT MERCANTILE AGENCY | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| GRANT MERCANTILE AGENCY | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| GRANT MERCANTILE AGENCY | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| JANET FULFER | Unsecured | 4,200.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 5,668.13 | 5,668.13 | 0.00 | 0.00 |
| KINGS CREDIT SERVICES | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| KOHLS PERITUS PORTFOLIO SERVI | Unsecured | 2,338.00 | 2,428.50 | 2,428.50 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,140.00 | 1,417.01 | 1,417.01 | 0.00 | 0.00 |
| MCNEILMYERS | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| ONEMAIN FINANCIAL GROUP LLC | Secured | 5,382.00 | 5,212.52 | 5,212.52 | 2,929.40 | 498.71 |
| PORTFOLIO RECOVERY ASSOCIATE | Secured | 4,092.00 | 4,091.69 | 4,091.69 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | 3,463.00 | 3,703.35 | 3,703.35 | 0.00 | 0.00 |
| PRMFINCSOLUT | Unsecured | 11,664.00 | NA | NA | 0.00 | 0.00 |
| RASH CURTIS & ASSOCIATES | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK SAMS | Unsecured | 1,548.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK WALMART | Unsecured | 3,759.00 | NA | NA | 0.00 | 0.00 |
| TITAN RECEIVABLES | Unsecured | 2,353.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Unsecured | 1,082.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $224,176.29 | $45,983.90 | $0.00 |
| Mortgage Arrearage | $27,489.65 | $13,721.91 | $0.00 |
| Debt Secured by Vehicle | $5,212.52 | $2,929.40 | $498.71 |
| All Other Secured | $16,372.85 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$273,251.31** | **$62,635.21** | **$498.71** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,836.11 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,836.11** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$23,259.13** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $8,905.00 |
| Disbursements to Creditors | $63,133.92 |
| **TOTAL DISBURSEMENTS:** | **$72,038.92** |

13) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests an order be entered that approves this final report and account of retiring trustee and discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/29/2023                         By: /s/Michael H. Meyer
                                                              Trustee