| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joshua Allen Fulfer | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the : Eastern | | District of California (State) |
| Case number | 21-11255 | |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Freedom Mortgage Corporation

Court claim no. (if known): 10

Last four digits of any number you use to identify the debtor's account: XXXXXX8042

Date of payment change: Must be at least 21 days after date of this notice    6/1/2023

New total payment: Principal, interest, and escrow, if any    $1,487.47

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 474.80     New escrow payment: $ 479.07

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?

   ☒ No
   ☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1    Joshua Allen Fulfer                      Case number *(if known)* 21-11255
          First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/Dane Exnowski                               Date   05/08/2023
    Signature

Print:    Dane                         Exnowski       Title   Authorized Agent for Creditor
         First Name      Middle Name      Last Name

Company    McCalla Raymer Leibert Pierce, LLC

Address     1544 Old Alabama Road
            Number    Street
            Roswell             GA          30076
            City                State        ZIP Code

Contact phone    562-661-5060                          Email    Dane.Exnowski@mccalla.com

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 21-11255 |
|  | Chapter: 13 |
| Joshua Allen Fulfer | Judge: Jennifer E. Niemann |

## CERTIFICATE OF SERVICE

I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Joshua Allen Fulfer
434 W. Paul Avenue
Clovis, CA 93612

Timothy C. Springer　　　　　　　　　　(served via ECF Notification)
4905 N West #102
Fresno, CA 93705

Michael H. Meyer, Trustee　　　　　　　(served via ECF Notification)
PO Box 28950
Fresno, CA 93729-8950

Office of the U.S. Trustee　　　　　　　(served via ECF Notification)
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:　__05/11/2023__　By:　__/s/Dane Exnowski_____
　　　　　　　　　(date)　　　　　　　　Dane Exnowski
　　　　　　　　　　　　　　　　　　　　Authorized Agent for Creditor

**FREEDOM MORTGAGE**
PO BOX 0828
ANNAPOLIS, IN 40250-848

JOSHUA A FULFER
434 W PAUL AVE
CLOVIS CA 93612-0117

**Escrow Account Disclosure Statement**
**Account Information**

| | |
|---|---|
| Loan Number: | [redacted] |
| Property Address: | 434 W PAUL AVE |
| | CLOVIS CA 93612-0117 |
| Statement Date: | 04/20/2023 |
| Current Payment Amount: | $1,483.20 |
| **New Payment Amount:** | **$1,487.47** |
| **New Payment Effective Date:** | **06/01/2023** |

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowner's insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent escrow analysis, you have a surplus of $1,519.92. A surplus check in the amount of $1,519.92 to be printed and mailed in a separate document.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current. Once your account is current, it is your responsibility to contact Freedom Customer Care at (855) 690-5900 to request the release of any surplus when the status of your account changes.

| | |
|---|---:|
| Projected Minimum Balance | $1,519.92 |
| - Required Minimum Balance | $0.00 |
| Surplus | $1,519.92 |

The required minimum balance (also known as the escrow cushion) is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.



**PART 1 — Your Mortgage Payment**

Payment information beginning with your 06/01/2023 payment

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---:|---:|
| Principal & Interest: | $1,008.40 | $1,008.40 |
| Escrow Payment: | $474.80 | $479.07 |
| **Total Payment:** | **$1,483.20** | **$1,487.47** |

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

**PART 2**

## Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

### Previous Year's Projections (Estimated) / Actual Activity

| Date | Paid In | Paid Out | Description | Balance | Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | $448.04 | | | | Beginning Balance | ($5,478.25) |
| Jun 2022 | $174.80 | $125.83 | FHA MORTGAGE INSURANCE | $687.58 | Jun 2022 | $1,379.55 | $125.86 * | | ($7,231.64) |
| Jun 2022 | $0.00 | $0.00 | | $687.58 | Jun 2022 | $0.00 | $1,030.00 | HOMEOWNERS | ($8,261.64) |
| Jul 2022 | $174.80 | $1,022.70 | HOMEOWNERS | ($245.29) | Jul 2022 | $829.18 | $25.20 * | | ($5,457.71) |
| Jul 2022 | $0.00 | $25.17 | FHA MORTGAGE INSURANCE | ($244.92) | Jul 2022 | $0.00 | $0.00 | | ($5,457.71) |
| Aug 2022 | $174.80 | $30.63 | FHA MORTGAGE INSURANCE | $305.60 | Aug 2022 | $933.08 | $25.86 | | ($3,696.49) |
| Sep 2022 | $174.80 | $125.83 | FHA MORTGAGE INSURANCE | $717.43 | Sep 2022 | $89.37 | $125.86 | | ($3,353.01) |
| Oct 2022 | $174.80 | $125.83 | FHA MORTGAGE INSURANCE | $1,083.72 | Oct 2022 | $891.72 | $125.86 | | ($2,592.45) |
| Nov 2022 | $174.80 | $25.17 | FHA MORTGAGE INSURANCE | $1,425.00 | Nov 2022 | $0.00 | $22.70 * | FHA MORTGAGE INSURANCE | ($2,707.42) |
| Nov 2022 | $0.00 | $0.00 | | $1,425.00 | Nov 2022 | $0.00 | $1,626.79 | COUNTY TAX | ($4,277.45) |
| Dec 2022 | $174.80 | $30.63 | FHA MORTGAGE INSURANCE | $1,764.02 | Dec 2022 | $409.94 | $22.26 | | ($3,050.42) |
| Dec 2022 | $0.00 | $1,030.00 | COUNTY TAX | $738.48 | Dec 2022 | $0.00 | $0.00 | | ($3,525.41) |
| Jan 2023 | $174.80 | $125.83 | FHA MORTGAGE INSURANCE | $1,056.62 | Jan 2023 | $0.00 | $22.70 * | FHA MORTGAGE INSURANCE | ($2,132.41) |
| Feb 2023 | $174.80 | $25.17 | FHA MORTGAGE INSURANCE | $906.21 | Feb 2023 | $0.00 | $22.70 * | | ($3,013.79) |
| Mar 2023 | $174.80 | $25.17 | FHA MORTGAGE INSURANCE | $1,231.75 | Mar 2023 | $0.00 | $22.26 | FHA MORTGAGE INSURANCE | ($3,358.38) |
| Mar 2023 | $0.00 | $0.00 | | $1,231.25 | Mar 2023 | $0.00 | $1,626.79 | COUNTY TAX | ($4,584.95) |
| Apr 2023 | $174.80 | $125.83 | FHA MORTGAGE INSURANCE | $1,580.74 | Apr 2023 | $1,708.02 | $22.70 * | | ($3,852.90) |
| Apr 2023 | $0.00 | $1,030.00 | COUNTY TAX | $550.00 | Apr 2023 | $0.00 | $0.00 | | ($3,852.90) |
| May 2023 | $174.80 | $25.17 | FHA MORTGAGE INSURANCE | $875.54 | May 2023 | $0.00 | $22.70 | | ($3,762.25) |
| **Total** | **$5,597.60** | **$5,597.70** | | | **Total** | **$7,424.22** | **$5,644.43** | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on escrow which is not estimated.

LOAN NUMBER: █████

(This section intentionally left blank)

**FREEDOM MORTGAGE**
PO BOX 0428
INDIANAPOLIS, IN 46206-0428

JOSHUA A FULFER
434 W PAUL AVE
CLOVIS CA 93612-0117

### Escrow Account Disclosure Statement

**Account Information**     Page 2

Loan Number: ███
Property Address: 434 W PAUL AVE
CLOVIS CA 93612-0117

Statement Date: 04/20/2023
Current Payment Amount: $1,483.20

New Payment Amount: $1,487.47
New Payment Effective Date: 06/01/2023

---

## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $1,030.00 |
| FHA MORTGAGE INSURANCE | $1,467.33 |
| COUNTY TAX | $3,251.53 |
| **Total Disbursements** | **$5,748.86** |

Freedom expects to pay $5,748.86 over the next 12 months. Here's how to calculate your new monthly escrow payment:

Total Disbursements: $5,748.86
÷ 12 Months: 12
**New Monthly Escrow Payment: $479.07**

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $1,276.73 | $556.87 |
| Jun 2023 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $2,033.52 | $713.60 |
| Jul 2023 | $479.07 | $1,030.00 | HOMEOWNERS | $1,682.59 | $162.67 |
| Jul 2023 | $0.00 | $122.28 | FHA MORTGAGE INSURANCE | $1,560.31 | $40.39 |
| Aug 2023 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $1,917.10 | $397.18 |
| Sep 2023 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $2,273.89 | $753.97 |
| Oct 2023 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $2,630.68 | $1,110.76 |
| Nov 2023 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $2,987.47 | $1,467.55 |
| Dec 2023 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $3,344.26 | $1,824.34 |
| Dec 2023 | $0.00 | $1,625.75 | COUNTY TAX | $1,718.51 | $198.59 |
| Jan 2024 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $2,075.30 | $555.38 |
| Feb 2024 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $2,432.09 | $912.17 |
| Mar 2024 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $2,788.88 | $1,268.96 |
| Apr 2024 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $3,145.67 | $1,625.75 |
| Apr 2024 | $0.00 | $1,625.75 | COUNTY TAX | $1,519.92 | $0.00 * |
| May 2024 | $479.07 | $122.28 | FHA MORTGAGE INSURANCE | $1,876.71 | $356.79 |
| | $5,749.84 | $5,748.86 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners' insurance.

---

## PART 4 — What This Means to You

Your escrow balance is more than the amount needed in your account. The resulting surplus is $1,519.92. Federal Law requires that any surplus of $50.00 or greater must be returned to you within 30 days from the date of analysis.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment. To sign up for recurring payments, login to your Freedom Mortgage account or register today at MyAccount.FreedomMortgage.com.

---

## PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-6900. Customer Care representatives are available to assist you Monday through Friday 8:00am – 8:00pm and Saturday 9:00am – 2:00pm Eastern Time.

LOAN NUMBER: ███

**FREEDOM MORTGAGE**
PO BOX 06423
ANNAPOLIS, IN 40250-646

JOSHUA A FULFER
434 W PAUL AVE
CLOVIS CA 93612-0117

## Escrow Account Disclosure Statement

### Account Information

| | |
|---|---|
| Loan Number: | ■■■■■■■■ |
| Property Address: | 434 W PAUL AVE |
| | CLOVIS CA 93612-0117 |
| Statement Date: | 04/20/2023 |
| Current Payment Amount: | $1,463.20 |
| **New Payment Amount:** | **$1,487.47** |
| **New Payment Effective Date:** | **06/01/2023** |

**IMPORTANT NOTICE:** TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

**FREEDOM MORTGAGE**
PO BOX 06423
ANNAPOLIS, IN 40250-646

LOAN NUMBER: ■■■■■■■■