| | |
|---|---|
| **Fill in this information to identify the case:** | |
| **Debtor 1** | Joshua Allen Fulfer |
| **Debtor 2** (Spouse, if filing) | |
| United States Bankruptcy Court for the : Eastern　　District of California (State) | |
| **Case number** | 21-11255 |

Official Form 410S1

# Notice of Mortgage Payment Change　　　　12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation　　　　**Court claim no.** (if known): 10

**Last four digits** of any number you use to identify the debtor's account: XXXXXX8042

**Date of payment change:** Must be at least 21 days after date of this notice　　6/1/2025

**New total payment:** Principal, interest, and escrow, if any　　$1,513.81

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

    ☐ No
    ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
    _____

    **Current escrow payment:** $ 489.32　　　　**New escrow payment:** $ 505.41

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

    ☒ No
    ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

    **Current interest rate:** 　　%　　　　**New interest rate:** 　　%
    **Current principal and interest payment:** $ _____　　**New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☒ No
    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
    *(Court approval may be required before the payment change can take effect.)*

    Reason for change: _____

    **Current mortgage payment:** $ _____　　**New mortgage payment:** $ _____

| | | |
|---|---|---|
| Debtor 1 | **Joshua Allen Fulfer** | Case number *(if known)* 21-11255 |
| | First Name    Middle Name    Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | | |
|---|---|---|---|---|
| X | /s/Dane Exnowski | | Date | 04/30/2025 |
| | Signature | | | |
| Print: | Dane | Exnowski | Title | Authorized Agent for Creditor |
| | First Name    Middle Name | Last Name | | |
| Company | McCalla Raymer Leibert Pierce, LLP | | | |
| Address | 1544 Old Alabama Road | | | |
| | Number    Street | | | |
| | Roswell | GA | 30076 | |
| | City | State | ZIP Code | |
| Contact phone | 562-661-5060 | | Email | Dane.Exnowski@mccalla.com |

Dane Exnowski, State Bar No. 281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802
Telephone: 562-661-5060
Facsimile: 312-803-9663
Email: Dane.Exnowski@mccalla.com

Authorized Agent for: Freedom Mortgage Corporation

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re:<br>Joshua Allen Fulfer,<br><br>Debtor(s) | **Bankruptcy Case No.:** 21-11255<br>**Docket Control No:**<br><br>**Hearing Information** *(if applicable):*<br><br>  Hearing Date:<br>  Hearing Time:<br>  Location:<br>  Judge:         Jennifer E. Niemann |
|---|---|
| Freedom Mortgage Corporation<br>                                       Plaintiff(s)<br>v.<br><br>Joshua Allen Fulfer,<br>                                       Defendant(s) | **Adversary Proceeding No.** *(if applicable)*:<br>**Docket Control No:**<br><br>**Hearing Information** *(if applicable):*<br><br>Hearing Date:<br>Hearing Time:<br>Location:<br>Judge:         Jennifer E. Niemann |

## CERTIFICATE OF SERVICE

NOTICE OF MORTGAGE PAYMENT CHANGE

I, the undersigned, certify and declare:

1. **Personal Knowledge**. I am over the age of 18 years and not a party to the above-entitled case.

2. **Status**. I am ☒ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☒ my business/employer is McCalla Raymer Leibert Pierce, LLP and my ☒ business address **or** ☐ mailing address if not a business is:
   301 E. Ocean Boulevard, Suite 1720, Long Beach, CA 90802

3. **About the Case/Proceeding**. (*Check at least one type of case/proceeding and as many subheadings thereunder as applicable*)

☐ **Chapter 7 case** (*indicate below if subject to limited noticing; check all that are applicable*.)

☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable)*

☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5)

☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no._____.

☐ **Chapter 9 case** (*indicate below if subject to limited noticing*)

☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no._____.

☒ **Chapter 12 or 13 case** (*indicate below if subject to limited noticing; check all that are applicable*.)

☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7.

☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3).

☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no._____.

☐ **Chapter 11 case** (*indicate below if subject to limited noticing*)

☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4.

☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no. _____.

☐ **Chapter 15 case**

☐ **Adversary Proceeding**

4. **About the Documents Served**

On 04/30/2025, by the method(s) specified below, the following documents were served *(list in space provided)*:

NOTICE OF MORTGAGE PAYMENT CHANGE

**or** ☐ those documents described in the list appended hereto and numbered *Attachment 4*.

5. **Who is Being Served**

Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

☒ Debtor
☐ Plaintiff(s)
☐ Defendant(s)
☒ All committee members
☐ Equity security holders
☐ All creditors and parties in interest (Notice of Hearing only)
☐ Only creditors that have filed claims (Notice of Hearing only)
☐ All creditors and parties in interest
☐ Attorney for committee members

☐ Fewer than all creditors *(check at least one below)*
   ☐ Creditors that have filed claims
   ☐ Creditors holding allowed secured claims
   ☐ Creditors holding allowed priority unsecured claims
   ☐ Creditors holding leases or executory contracts that have been assumed
   ☐ 20 largest creditors
☐ Administrative claimants
☐ Other party(ies) in interest

6. **How Service is Accomplished**

   A. ☐ **Rule 7004 Service**. *(Check at least one, if applicable.)*

      1. ☐ **First Class Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to

receive service, and address is appended hereto and numbered **Attachment 6A1**.

2. ☐ **Certified Mail**

   Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered **Attachment 6A2**.

3. ☐ **Publication**

   Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered **Attachment 6A3**.

B. ☒ **Rule 5 and Rules 7005, 9036 Service** (*Check at least one, if applicable.*)

   **Attorneys and Trustees**. Attorneys and trustees that have appeared are deemed to have received notice, Fed. R. Civ. P. 5, by filing the document with the Clerk of the Court, Fed. R. Bankr. 5005(a)(2)(A), 9036(b)(2),(c); LBR 9010-1, and separate notice is not required. Fed. R. Civ. P. 5(d)(1)(B), *incorp. By* Fed. R. Bankr. P. 7005, 9014(c).

   **Parties in Interest**. *(Check as many as are applicable, if any).* Parties in interest have been given notice in the following manner.

   1. ☒ **U.S. Mail**

      Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

      a. **Parties in interest**
         - ☐ **Clerk's Matrix of Creditors**. A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered **Attachment 6B-1**. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.
         - ☒ **List Other Than the Clerk's Matrix of Creditors**. Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered **Attachment 6B2**.
      b. ☐ **Other Parties in Interest Checked in Section 5**. A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered **Attachment 6B-3**.

   2. ☐ **Other Methods of Service**
      Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A), (B), (D), (F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered **Attachment 6B-4.**

☐ I have used a third-party service company, i.e., _____, to assist me in effecting service. I have in my possession a signed certificate of service from that company and will produce that certificate of service on demand.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on   05/05/2025                                 at   Long Beach                    CA
                                                              City                          State

Dane Exnowski                                                 /s/Dane Exnowski
Print Name                                                    Signature

**Attachment 6B2**

Debtor Address:
Joshua Allen Fulfer
434 W. Paul Avenue
Clovis, CA 93612

Timothy C. Springer
4905 N West #102
Fresno, CA 93705

Lilian G. Tsang
P.O. Box 3051
Modesto, CA 95353-3051

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721



PO BOX 50428
INDIANAPOLIS, IN 46250-0401

**Escrow Account Disclosure Statement**
Account Information

| | |
|---|---|
| Loan Number: | ▓▓▓▓▓▓ |
| Property Address: | 434 W PAUL AVE |
| | CLOVIS CA 93612-0117 |

JOSHUA A FULFER
434 W PAUL AVE
CLOVIS CA 93612-0117

| | |
|---|---|
| Statement Date: | 04/10/2025 |
| Current Payment Amount: | $1,497.72 |
| **New Payment Amount:** | **$1,513.81** |
| **New Payment Effective Date:** | **06/01/2025** |

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowner's insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent escrow analysis. you have a surplus of $975.16.  A surplus check in the amount of $975.16 to be printed and mailed in a separate document.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current. Once your account is current, it is your responsibility to contact Freedom Customer Care at (855) 690-5900 to request the release of any surplus when the status of your account changes.

| | |
|---|---|
| Projected Minimum Balance | $975.16 |
| - Required Minimum Balance | $0.00 |
| Surplus | $975.16 |

The required minimum balance (also known as the escrow cushion) is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months.  As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.



## Your Mortgage Payment

Payment information beginning with your 06/01/2025 payment

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $1,008.40 | $1,008.40 |
| Escrow Payment: | $489.32 | $505.41 |
| **Total Payment:** | **$1,497.72** | **$1,513.81** |

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

### PART 2 - Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

**Previous Year's Projections (Estimated)**

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | $412.50 |
| Jun 2024 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $783.25 |
| Jul 2024 | $489.32 | $1,154.00 | HOMEOWNERS | $118.57 |
| Jul 2024 | $0.00 | $118.57 | FHA MORTGAGE INSURANCE | $0.00 |
| Aug 2024 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $370.75 |
| Sep 2024 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $741.50 |
| Oct 2024 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $1,112.25 |
| Nov 2024 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $1,483.00 |
| Nov 2024 | $0.00 | $0.00 | | $1,483.00 |
| Dec 2024 | $489.32 | $118.57 | FHA MORTGAGE INSURANCE | $1,853.75 |

**Actual Activity**

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | ($2,097.48) |
| Jun 2024 | $0.00 | $118.57 | FHA MORTGAGE INSURANCE | ($2,216.05) |
| Jul 2024 | $479.07 | $1,329.00 * | | ($3,065.98) |
| Jul 2024 | $0.00 | $118.57 | FHA MORTGAGE INSURANCE | ($3,184.55) |
| Aug 2024 | $958.14 | $118.57 | | ($2,344.98) |
| Sep 2024 | $479.07 | $118.57 | | ($1,984.48) |
| Oct 2024 | $479.07 | $118.57 | | ($1,623.98) |
| Nov 2024 | $1,437.21 | $114.73 * | | ($301.50) |
| Nov 2024 | $0.00 | $1,679.58 | COUNTY TAX | ($1,981.08) |
| Dec 2024 | $489.32 | $114.73 * | | ($1,606.49) |

| Date | | | | Date | | | | |
|---|---|---|---|---|---|---|---|---|
| Dec 2024 | $0.00 | $1,647.55 COUNTY TAX | $206.20 | Dec 2024 | $0.00 | $0.00 | | ($1,606.49) |
| Jan 2025 | $469.32 | $118.57 FHA MORTGAGE INSURANCE | $576.95 | Jan 2025 | $0.00 | $114.73 * | FHA MORTGAGE INSURANCE | ($1,721.22) |
| Feb 2025 | $469.32 | $118.57 FHA MORTGAGE INSURANCE | $947.70 | Feb 2025 | $1,467.96 | $114.73 * | | ($367.99) |
| Mar 2025 | $469.32 | $118.57 FHA MORTGAGE INSURANCE | $1,318.45 | Mar 2025 | $0.00 | $114.73 * | FHA MORTGAGE INSURANCE | ($482.72) |
| Mar 2025 | $0.00 | $0.00 | $1,318.45 | Mar 2025 | $0.00 | $1,679.58 | COUNTY TAX | ($2,162.30) |
| Apr 2025 | $469.32 | $118.57 FHA MORTGAGE INSURANCE | $1,689.20 | Apr 2025 | $978.64 | $114.73 * | | ($1,298.39) |
| Apr 2025 | $0.00 | $1,647.55 COUNTY TAX | $41.65 | Apr 2025 | $0.00 | $0.00 | | ($1,298.39) |
| May 2025 | $469.32 | $118.57 FHA MORTGAGE INSURANCE | $412.40 | May 2025 | $0.00 | $0.00 | E | ($1,298.39) |
| **Total** | **$5,871.84** | **$5,871.94** | | **Total** | **$6,768.48** | **$5,969.39** | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on escrow which is not estimated.



## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $1,329.00 |
| FHA MORTGAGE INSURANCE | $1,376.76 |
| COUNTY TAX | $3,359.16 |
| **Total Disbursements** | **$6,064.92** |

Freedom expects to pay $6,064.92 over the next 12 months.
Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $6,064.92 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$505.41** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $1,522.80 | $547.64 |
| Jun 2025 | $505.41 | $114.73 | FHA MORTGAGE INSURANCE | $1,913.48 | $938.32 |
| Jul 2025 | $505.41 | $1,329.00 | HOMEOWNERS | $1,089.89 | $114.73 |
| Jul 2025 | $0.00 | $114.73 | FHA MORTGAGE INSURANCE | $975.16 | $0.00 * |
| Aug 2025 | $505.41 | $114.73 | FHA MORTGAGE INSURANCE | $1,365.84 | $390.68 |
| Sep 2025 | $505.41 | $114.73 | FHA MORTGAGE INSURANCE | $1,756.52 | $781.36 |
| Oct 2025 | $505.41 | $114.73 | FHA MORTGAGE INSURANCE | $2,147.20 | $1,172.04 |
| Nov 2025 | $505.41 | $114.73 | FHA MORTGAGE INSURANCE | $2,537.88 | $1,562.72 |
| Dec 2025 | $505.41 | $114.73 | FHA MORTGAGE INSURANCE | $2,928.56 | $1,953.40 |
| Dec 2025 | $0.00 | $1,679.58 | COUNTY TAX | $1,248.98 | $273.82 |
| Jan 2026 | $505.41 | $114.73 | FHA MORTGAGE INSURANCE | $1,639.66 | $664.50 |
| Feb 2026 | $505.41 | $114.73 | FHA MORTGAGE INSURANCE | $2,030.34 | $1,055.18 |
| Mar 2026 | $505.41 | $114.73 | FHA MORTGAGE INSURANCE | $2,421.02 | $1,445.86 |
| Apr 2026 | $505.41 | $114.73 | FHA MORTGAGE INSURANCE | $2,811.70 | $1,836.54 |
| Apr 2026 | $0.00 | $1,679.58 | COUNTY TAX | $1,132.12 | $156.96 |
| May 2026 | $505.41 | $114.73 | FHA MORTGAGE INSURANCE | $1,522.80 | $547.64 |
| | $6,064.92 | $6,064.92 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.



## PART 4 — What This Means to You

Your escrow balance is more than the amount needed in your account. The resulting surplus is $975.16. Federal Law requires that any surplus of $50.00 or greater must be returned to you within 30 days from the date of analysis.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment. To sign up for recurring payments, login to your Freedom Mortgage account or register today at MyAccount.FreedomMortgage.com.

## PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday 8:00am – 8:00pm and Saturday 9:00am – 2:00pm Eastern Time.

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

LOAN NUMBER: ███████